IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSHUA STOOPS, as next friend of
Londyn R. Stoops and Phoenix L. Stoops                    PLAINTIFF

v.                         No. 3:20-cv-111-DPM

EDITH COLLIER; NICHOLAS
CONKRIGHT; and NATASHA
CONKRIGHT                                                DEFENDANTS

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 5 February 2021 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

6 August 2020